GARY M. RESTAINO
United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Matthew Scott Shofner,<br><br>Defendant. | No.   CR-22-00747-PHX-SMB (DMF)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 2–36<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or between May 13, 2021, and April 15, 2022, in the District of Arizona, Defendant MATTHEW SCOTT SHOFNER, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2 – 36

Between on or about May 13, 2021, to April 9, 2022, in the District of Arizona, Defendant MATTHEW SCOTT SHOFNER knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MATTHEW SCOTT SHOFNER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 2. | May 13, 2021 | Pintlar Tactical | Mesa, Arizona |
| 3. | May 22, 2021 | Sportsman's Warehouse 139 | Mesa, Arizona |
| 4. | June 15, 2021 | Sportsman's Warehouse 139 | Mesa, Arizona |
| 5. | July 7, 2021 | Sportsman's Warehouse 139 | Mesa, Arizona |
| 6. | July 16, 2021 (one shotgun) | Sportsman's Warehouse 139 | Mesa, Arizona |
| 7. | July 16, 2021 (one pistol) | Sportsman's Warehouse 139 | Mesa, Arizona |
| 8. | September 6, 2021 | Sportsman's Warehouse 139 | Mesa, Arizona |
| 9. | September 7, 2021 | Pintlar Tactical | Mesa, Arizona |
| 10. | September 19, 2021 | Pintlar Tactical | Mesa, Arizona |
| 11. | November 8, 2021 | Pioneer Pawn | Mesa, Arizona |
| 12. | November 12, 2021 | Pioneer Pawn | Mesa, Arizona |
| 13. | December 8, 2021 | Long Guns | Gilbert, Arizona |
| 14. | December 11, 2021 | Long Guns | Gilbert, Arizona |

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 15. | December 14, 2021 | Pintlar Tactical | Mesa, Arizona |
| 16. | December 15, 2021 | Long Guns | Gilbert, Arizona |
| 17. | December 17, 2021 | Gold Pawn Brokers | Mesa, Arizona |
| 18. | December 18, 2021 | Long Guns | Gilbert, Arizona |
| 19. | December 29, 2021 | Long Guns | Gilbert, Arizona |
| 20. | January 3, 2022 | Long Guns | Gilbert, Arizona |
| 21. | January 9, 2022 | Long Guns | Gilbert, Arizona |
| 22. | January 13, 2022 | Long Guns | Gilbert, Arizona |
| 23. | January 15, 2022 | Long Guns | Gilbert, Arizona |
| 24. | January 20, 2022 | Long Guns | Gilbert, Arizona |
| 25. | February 3, 2022 | Long Guns | Gilbert, Arizona |
| 26. | February 10, 2022 | Long Guns | Gilbert, Arizona |
| 27. | February 16, 2022 | Long Guns | Gilbert, Arizona |
| 28. | February 22, 2022 | Long Guns | Gilbert, Arizona |
| 29. | February 25, 2022 | Long Guns | Gilbert, Arizona |
| 30. | March 9, 2022 | Long Guns | Gilbert, Arizona |
| 31. | March 24, 2022 | AJI Sports | Apache Junction, Arizona |
| 32. | March 25, 2022 | AJI Sports | Apache Junction, Arizona |
| 33. | March 26, 2022 | AJI Sports | Apache Junction, Arizona |
| 34. | March 28, 2022 | Long Guns | Gilbert, Arizona |
| 35. | April 6, 2022 | Long Guns | Gilbert, Arizona |
| 36. | April 9, 2022 | Long Guns | Gilbert, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 36

of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 36 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

1. FN, FiveSeven, 5.7 caliber pistol, SN: 386417249;
2. Walther, PPK, .380 caliber pistol, SN: AA092863;
3. Walther, Q4 SF, 9mm caliber pistol, SN: FDH4625;
4. Glock, 31GEN4, .357 caliber pistol, SN: BEXR763;
5. Sig Sauer, P226, 9mm caliber pistol, SN: U587288;
6. Sig Sauer, P320 M18, 9mm caliber pistol, SN: M18A026986;
7. Glock, 34GEN5, 9mm caliber pistol, SN: BUDE530;
8. Glock, 41GEN4, .45 caliber pistol, SN: XZA310;
9. Sig Sauer, P365, 9mm caliber pistol, SN: NRA055968;
10. FNH USA, FNX-45, .45 caliber pistol, SN: FX3U164526;
11. ROMARM/CUGIR, Mini Draco, 7.62 caliber, SN: ROA21PG0495; and
12. Zastava, ZPAP85, 5.56 caliber pistol, SN: Z85010278.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said

| | |
|---|---|
| 1 | defendant(s) up to the value of the above-described forfeitable property, pursuant to Title |
| 2 | 21, United States Code, Section 853(p). |
| 3 | All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title |
| 4 | 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section |
| 5 | 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure. |

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: June 29, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
COLEEN SCHOCH
Assistant U.S. Attorney